UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| TRAVAR MONROE GRANT, | ) |
| Petitioner, | ) Case No. EDCV 11-0435 CAS (AJW) |
| v. | ) |
| | ) ORDER ADOPTING REPORT AND |
| JENNIFER SMALLS (RIVERSIDE PUBLIC DEFENDERS OFFICE), | ) RECOMMENDATION OF ) MAGISTRATE JUDGE |
| Respondent. | ) |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). No objections to the Report have been filed within the time allowed. The Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report.

DATED: May 24, 2011

Christina A. Snyder
United States District Judge