UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| TRAVAR MONROE GRANT, | ) | |
| Petitioner, | ) | No. EDCV 11-0435-CAS(AJW) |
| vs. | ) | |
| JENNIFER SMALLS (RIVERSIDE PUBLIC DEFENDERS OFFICE), | ) | JUDGMENT |
| Respondent. | ) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: May 24, 2011

_____
Christina A. Snyder
United States District Judge